NO. 07-07-0004-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 26, 2007

_____

GUMESINDO GASNAREZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-405,559; HONORABLE CECIL PURYEAR, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea of guilty, Appellant Gumesindo Gasnarez was convicted of delivery of a controlled substance and was assessed a life sentence. Proceeding pro se, Appellant filed a notice of appeal. The trial court's *Certification of Defendant's Right of Appeal* reflects the case is a plea-bargain case with no right of appeal.

By letter dated January 9, 2007, this Court notified Appellant that the certification indicated he had no right of appeal and requested a response by January 22, 2007. The Court also noted that failure to file an amended certification showing a right of appeal or failure to provide other grounds for continuing the appeal would result in dismissal. *See* Tex. R. App. P. 25.2(a)(2) & (d). In response to the January 9 notification, this Court did receive a *pro se* response, post-marked January 23, 2007, wherein the Appellant attempted to raise issues which would be outside the record. No amended certification demonstrating a right of appeal was filed. Consequently, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.